# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LEON JACKSON RICE, JR.　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #98901

v.　　　　　　　　　　　　　　　No. 4:11CV00088 JLH

G. BLANKENSHIP, Officer,
North Little Rock Police Department, *et al*.　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

　　　　Leon Jackson Rice, Jr., has filed a motion for default judgment. He correctly notes that the time within which the defendants were to answer was extended up to and including May 3, 2011. He alleges that as of May 6, 2011, the defendants had not answered. The docket reflects, however, that the defendants filed an answer on May 3, 2011, and served a copy of the answer on Rice by United States mail. Apparently, the answer had not reached Rice at the time he filed his motion. In any event, the answer was timely filed, so the motion for default judgment is DENIED. Document #20.

　　　　IT IS SO ORDERED this 16th day of May, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ J. Leon Holmes*
　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE