IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEON JACKSON RICE, JR.,                                                 PLAINTIFF
ADC #98901

v.                    No. 4:11CV00088 JLH

G. BLANKENSHIP, Officer, North Little Rock
Police Department; D. HALEY, Officer,
North Little Rock Police Department;
and ANTHONY NEFF, Sergeant,
North Little Rock Police Department                         DEFENDANTS

**ORDER**

Leon Jackson Rice, Jr., has filed a motion asking for a ruling on three motions that have been pending in this case for some time. The Arkansas Court of Appeals has, today, affirmed Rice's conviction in the matter out of which this action arises. That court has not yet issued its mandate. The motion for ruling is GRANTED. Document #36. The Court will rule on the pending motions after the parties have had an opportunity to brief the effect of the decision by the Arkansas Court of Appeals on the pending motions. The Court directs the defendants to file a brief within ten days after the Arkansas Court of Appeals issues its mandate. Rice will have fourteen days thereafter to file a response, if he chooses to do so.

IT IS SO ORDERED this 2nd day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE