IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEON JACKSON RICE, JR.                                                                    PLAINTIFF
ADC #98901

v.                                           No. 4:11CV00088 JLH

G. BLANKENSHIP, Officer,
North Little Rock Police Department, *et al*.                                         DEFENDANTS

### ORDER

Leon Jackson Rice, Jr., has filed a motion to compel the defendants to produce a video recording of events that occurred at the Pulaski County Detention Center. According to the defendants, they do not have the video recording because the recording took place at a facility owned and operated by Pulaski County, not by a facility owned and operated by the City of North Little Rock. Rice has submitted a Freedom of Information Act request to Pulaski County seeking a copy of the recording. The Pulaski County Sheriff's Office has responded, stating that the recording has been lost because the hard drive on the video equipment "crashed."

The Court cannot compel the defendants to produce a recording that they do not have and that no longer exists. Therefore, the motion to compel is denied. Document #53.

IT IS SO ORDERED this 23rd day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE