**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LEON JACKSON RICE, JR., ADC #98901                          PLAINTIFF

v.                     NO. 4:11CV00088 JLH

GREG BLANKENSHIP, *et al.*                                   DEFENDANTS

**<u>ORDER</u>**

The Court has determined that plaintiff would benefit from the appointment of counsel in this matter. Therefore, pursuant to Local Rule 83.7, Jason W. Earley, of the law firm of Chisenhall, Nestrud, & Julian, P.A., 400 West Capitol Avenue, Suite 2840, Little Rock, Arkansas 72201, is hereby appointed to represent plaintiff, Leon Jackson Rice, Jr., in all further proceedings.

The Clerk of Court is directed to send plaintiff and counsel a copy of this Order and a copy of Local Rule 83.7.

IT IS SO ORDERED this 20th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE