# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LEON JACKSON RICE, JR.,                                                                                    PLAINTIFF
ADC #98901

v.                                    No. 4:11CV00088 JLH

GREG BLANKENSHIP, Officer,
North Little Rock Police Department; et al.                                     DEFENDANTS

### ORDER

The defendants' motion for protective order is GRANTED. Document #63. The defendants may redact personal information from any records that may be provided to Leon Jackson Rice, Jr. Any such records may be used only for the present case. They may not be copied, distributed, or used in any way for any purpose other than the present case. The defendants' objection to Request No. 8 is granted. Request No. 8 is not reasonably calculated to lead to the discovery of admissible evidence in this case, so the defendants need not respond to Request No. 8.

IT IS SO ORDERED this 23rd day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE