**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LEON JACKSON RICE, JR., ADC #98901                                      PLAINTIFF

v.                                        NO. 4:11CV00088 JLH

GREG BLANKENSHIP, *et al.*                                              DEFENDANTS

**ORDER**

The amended final scheduling order set this matter for jury trial sometime during the week

of February 10, 2014, in Little Rock, Arkansas.  The Court has determined that the jury trial will

begin at **1:30 P.M. on WEDNESDAY, FEBRUARY 12, 2014**, in Courtroom #4-D, Richard

Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

Counsel should be present by 1:00 p.m.

IT IS SO ORDERED this 30th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE