**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LEON JACKSON RICE, JR., ADC #98901                                                     PLAINTIFF

v.                                          NO. 4:11CV00088 JLH

GREG BLANKENSHIP, *et al.*                                                             DEFENDANTS

## ORDER

The above referenced case is scheduled for a jury trial to begin at **1:30 p.m. on WEDNESDAY, FEBRUARY 12, 2014**, before United States District Judge J. Leon Holmes, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

The Arkansas Department of Correction is directed to ensure the attendance of plaintiff **LEON JACKSON RICE, JR., ADC# 98901,** who is presently confined at the Arkansas Department of Correction, East Arkansas Regional Unit, at **1:00 p.m. on Wednesday, February 12, 2014,** *and as directed by the Court each day thereafter until the trial is concluded*, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

The Arkansas Department of Correction is further directed to send with plaintiff his complete institutional and medical files.

IT IS SO ORDERED this 30th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE